IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Meinicke, Dennis Edward | Case Number: 05 B 50973 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 9/3/08 | Filed: 10/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 2, 2008
Confirmed: December 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 25,200.00 | |
| Secured: | | 13,696.14 |
| Unsecured: | | 7,431.87 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,371.99 |
| Other Funds: | | 0.00 |
| Totals: | 25,200.00 | 25,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | General Motors Acceptance Corp | Secured | 13,696.14 | 13,696.14 |
| 3. | ECast Settlement Corp | Unsecured | 694.15 | 1,202.41 |
| 4. | Resurgent Capital Services | Unsecured | 128.88 | 223.25 |
| 5. | ECast Settlement Corp | Unsecured | 1,147.70 | 1,988.04 |
| 6. | ECast Settlement Corp | Unsecured | 152.15 | 263.55 |
| 7. | ECast Settlement Corp | Unsecured | 95.25 | 165.02 |
| 8. | ECast Settlement Corp | Unsecured | 24.26 | 42.02 |
| 9. | ECast Settlement Corp | Unsecured | 1,071.60 | 1,856.26 |
| 10. | Discover Financial Services | Unsecured | 976.38 | 1,691.32 |
| 11. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 12. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 13. | GM Card | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,686.51 | $ 23,828.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 310.92 |
| 5% | 96.90 |
| 4.8% | 201.57 |
| 5.4% | 535.18 |
| 6.5% | 227.42 |
| | _____ |
| | $ 1,371.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Meinicke, Dennis Edward | Case Number:  05 B 50973 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/3/08 | Filed:  10/12/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

